IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON FRANK STRICKER,<br><br>Defendant. | CR 20–46–BLG–DLC<br><br><br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on February 10, 2021. (Doc. 58.) Neither party objected and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Mr. Stricker's plea of guilty after Mr. Stricker appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a guilty plea to one count of receipt of child

pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count V), as set forth in the Superseding Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 58), and I adopt them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 58) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Stricker's motion to change plea (Doc. 51) is GRANTED and Mr. Stricker is adjudged guilty as charged in Count V of the Superseding Indictment.

DATED this 25th day of February, 2021.

Dana L. Christensen, District Judge
United States District Court