IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON FRANK STRICKER,<br><br>Defendant. | CR 20–46–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the government's Unopposed Motion for Leave for Victim to Appear via Video. (Doc. 72.)

IT IS ORDERED that the motion (Doc. 72) is GRANTED. Jane Doe 1 may appear via Zoom at the sentencing hearing set for June 16, 2021. The Clerk of Court shall notify counsel for the government via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 11th day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1