IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20–46–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRANDON FRANK STRICKER, | |
| Defendant. | |

Before the Court is the Defendant Brandon Frank Stricker's Unopposed Motion to Correct Clerical Mistake Pursuant to Fed. R. Crim. P. 36. (Doc. 81.) As Stricker notes, in the Amended Judgment (Doc. 79), the Court failed to check the box indicating that it makes a placement recommendation to the Bureau of Prisons.

Accordingly, IT IS ORDERED that the motion (Doc. 81) is GRANTED. A second Amended Judgment will issue forthwith.

DATED this 14th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court