IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–46–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRANDON FRANK STRICKER, | |
| Defendant. | |

On June 10, 2026, Defendant Brandon Frank Stricker filed two pro se motions, a request to prevent the government from destroying biological evidence in his case, (Doc. 169), and a motion for return of seized property, (Doc. 170). The government responded to that motion on June 24, 2026, indicating that there is no biological evidence in the case and the FBI is willing to work with Stricker or his representatives to return his property. (Doc. 171.) Consistent with the government's response,

IT IS ORDERED that Stricker's motions (Docs. 169, 170) are GRANTED in PART and DENIED in PART.  The FBI is directed to coordinate with Stricker's representatives to return the items that were seized from Stricker as part of the investigation. Stricker is directed to file a notice containing the contact information for those representatives within thirty (30) days of the date of this Order. While it

1

does not appear any biological evidence exists in this case, the FBI is directed not to destroy such evidence pending further order of the Court.

DATED this 25th day of June, 2026.

_____
Dana L. Christensen, District Judge
United States District Court